**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DANTE LINTON | : | |
| Plaintiff | : | |
| v | : | Civil Action No. RDB-05-2859 |
| UNITED STATES MARSHAL SERVICE, *et al.* | : | |
| | : | |
| Defendants | | |

o0o

**<u>MEMORANDUM</u>**

The above-captioned action, filed on October 17, 2005, seeks return of property pursuant to Fed. R. Crim. Proc. 41(g). Pending is Defendants' Motion to Strike Plaintiff's Motion for Return of Property. Paper No. 13. Defendants assert that the Motion for Return of Property is subject to dismissal because the Complaint is not signed by Plaintiff as required by Fed. Rule of Civ. Proc. 11. *Id*. Plaintiff was served with a copy of the motion but has failed to oppose the grounds asserted or to correct the pleading defect alleged.

Upon review of the pleadings filed by Plaintiff it appears that only one bears his actual signature. *See* Paper No. 6 (correspondence from Plaintiff requesting copy work). Every pleading, motion, and other paper filed with the court must be signed by the party filing such paper or signed by the party's attorney of record. Fed. R. Civ. Proc. 11 and Local Rule 102.1.a.ii. (D. Md. 2004). In light of Plaintiff's failure to respond to the motion and his failure to correct the defect in his Complaint, the case shall be dismissed without prejudice by separate Order which follows.

<u>March 28, 2006</u>                                    <u>/s/                                                            </u>
Date                                                                  RICHARD D. BENNETT
                                                                            UNITED STATES DISTRICT JUDGE